[No. 707-2.    Division Two.    July 18, 1973.]

F. J. SCHADE, INC., *Respondent,* v. THE CITY OF BREMERTON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 56019, Stanley W. Worswick, J., entered January 31, 1972. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 1442-1.    Division One.    July 23, 1973.]

NORMAN FORE, *Respondent,* v. ASPLUNDH TREE EXPERT COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 729071, Eugene G. Cushing, J., entered December 17, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Horowitz, J.

[No. 1503-1.    Division One.    July 23, 1973.]

PEOPLES NATIONAL BANK OF WASHINGTON, *Respondent,* v. NORTH AMERICAN LEASING, INC., *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 724976, Story Birdseye, J., entered December 16, 1971. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by Williams and Callow, JJ.